UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 5:26-cv-04081-HDV-BFM | Date | 7/30/2026 |
|---|---|---|---|
| Title | *Sandra Paola Galeano-Ariza v. Warden et al* | | |

Present: The Honorable    Hernán D. Vera, United States District Judge

| Wendy Hernandez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

DFPD Devon Hein    AUSA Alexander Farrell

**Proceedings:** **HEARING RE WHETHER PRELIMINARY INJUNCTION SHOULD ISSUE**

Matter called and all parties are present, including Spanish Interpreter Alberto Ortiz.

The Court hears oral argument on the ex parte application for a temporary restraining order [2], which the Court construed as a request for a preliminary injunction, and rules as follows:

The Court grants the preliminary injunction and orders that the Petitioner be released from custody forthwith. **A-Number 246652240**. A separate detailed order to follow.

**IT IS SO ORDERED.**

cc:    Adelanto ICE Detention Facility
Jonathan C. Aminoff, FPD non-capital habeas chief
DFPD Devon Hein